PER CURIAM.
Affirmed. Taylor v. Prine, 101 Fla. 967, 132 So. 464 (1931); Dale v. Jennings, 90 Fla. 234, 107 So. 175 (Fla.1925); Valcin v. Public Health Trust of Dade County, 473 So.2d 1297 (Fla. 3d DCA 1984); Vanguard Construction Co. v. Lewis State Bank, 348 So.2d 72 (Fla. 1st DCA 1977); Washington Federal Savings & Loan Association v. Zuckerman-Vernon Corp., 414 So.2d 219 (Fla. 3d DCA 1982), review denied, 424 So.2d 764 (Fla.1982); Larsen v. Allocca, 187 So.2d 903 (Fla. 3d DCA 1966) cert. denied, 195 So.2d 566 (Fla.1966); Matlack v. Owen, 181 So.2d 602 (Fla. 2d DCA 1966).